A. B. Barr & Company, Plaintiff, v. Harry G. Pierpoint and Others, Appellants, Impleaded with Horace J. Campbell, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jeannette Demuth, Appellant, v. George Kemp, Respondent. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements; motion denied, with costs, and the execution and lien thereunder of the appellant reinstated, upon the authority of *Laird* v. *Carton* (196 N. Y. 169) and *Brearley School* v. *Ward* (201 id. 358). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jeannette Demuth, Respondent, v. George Kemp, Appellant. New York Life Insurance and Trust Company, as Trustee under the Will of George Kemp, Deceased, and Arthur T. Kemp and Others, as Trustees under the Will of Juliet A. Kemp, Deceased, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John H. Fleming, Respondent, v. William D. C. Field, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., dissented.

Alice J. Flouest, Appellant, v. New Rochelle Trust Company, Respondent.— Judgment affirmed on reargument, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Alice J. Flouest, Appellant, v. Victor Vizet and Others, Respondents. (No. 1.) — Judgment affirmed on reargument, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Alice J. Flouest, Appellant, v. Victor Vizet and Others, Respondents. (No. 2.) — Judgment affirmed on reargument, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Charles Foley, Appellant, v. Eliza W. Christopher, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Giovanni Frasca and Leone Frasca, Appellants, v. Giacinto Palumbo, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, for error in ruling in the exclusion of question as to the reasonable cost of the work on page 18 of the minutes. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Charles Hamann, Appellant, v. Joseph A. Boyce, Respondent, Impleaded, etc.—Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, for error, on page 34 of the minutes, in the admission of evidence alleged to have been given on the former trial, without proof of the same. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Silverius Koellhoffer, Respondent, v. Henry Hillebrand and Others, Appellants, Impleaded with Andrew N. Petersen and Jacob Voelbel, Defendants.— Judgment affirmed, with costs, as to the appellant Hillebrand, and reversed as to the appellants Schneider and Farragut Realty Company, and new trial granted, costs to abide the event, upon the ground that the evidence fails to establish a cause of action against either